UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 DEC -6 AM 10: 48

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

Billy Whitehead,
Plaintiff

v.

Civil No. 05-2840- B P

[Removal from Circuit Court,
Shelby County, TN
Docket No. CT-004450-05]

Jon Robertson,
Jon Robertson, P.C.,
Daniel B. Kueter,
Daniel B. Kueter, P.C.,
Semmes Murphy Clinic, A Professional Corporation,
UT Medical Group, Inc..,
Defendants.

## ORDER SUBSTITUTING UNITED STATES AS A DEFENDANT

It appears to the Court that, under 28 C.F.R. § 15.3, the United States Attorney has properly certified that Daniel B. Kueter, as an employee of the United States, Department of Veterans Affairs, was acting within the scope of his employment when the allegations in this case arose and that the United States of America should be substituted for Daniel B. Kueter.

**IT IS THEREFORE ORDERED** that the United States is substituted as a party defendant in this action, and that Daniel B. Kueter is hereby dismissed from this action.

JUDGE, UNITED STATES DISTRICT COURT

Date: December 6, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02840 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT